IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN EARL SCALLY,

      Petitioner,                             No. 2:10-cv-03348-DAD P

    vs.

J. THOMA,

      Respondent.                            <u>ORDER</u>

          Petitioner is a state prisoner proceeding pro se. On May 21, 2012, petitioner filed a notice of change of address and informed the court that he has not yet received his legal materials from officials at his new institution, Atascadero State Hospital. It is not clear whether petitioner is seeking specific relief from the court. However, the court will construe petitioner's filing as a request for additional time to file an amended petition in accordance with the court's April 5, 2012 order.

/////
/////
/////
/////
/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. No. 21) is granted; and

2. Petitioner shall file an amended petition within thirty days of the date of service of this order.

DATED: May 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
scal3348.mot