IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN EARL SCALLY,

    Petitioner,        No. 2:10-cv-3348 DAD P

    vs.

LINDA PERSONS,

    Respondent.        ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        On October 24, 2012, the court found that petitioner may be entitled to the claimed violation of constitutional rights in his first amended habeas petition. The first amended petition listed Linda Persons as the respondent. The Clerk will be ordered to change the listed respondent on the docket to reflect the name of the respondent as listed on petitioner's first amended habeas petition.

        Accordingly, IT IS HEREBY ORDERED that:

1

1. Petitioner's November 9, 2012 request for appointment of counsel (Dkt. No. 31) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

2. The Clerk of Court is directed to change the name of the respondent in this matter from J. THOMA to LINDA PERSONS.

DATED: November 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:dpw
scal3348.110